Case 1:07-cv-12153-RWZ   Document 7   Filed 11/19/07   Page 1 of 1
Case 4:07-cv-02953 *SEALED*   Document 6   Filed 11/14/2007   Page 1 of 1
Case 4:07-cv-02953 *SEALED*   Document 5-2   Filed 11/07/2007   Page 1 of 1

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BANIGAN & TEMPLIN,<br>et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ORGANON USA INC., OMNICARE,<br>INC., and PHARMERICA, INC.<br><br>Defendants. | Civil No. H-07-2953<br><br>FILED IN CAMERA AND UNDER<br>SEAL PURSUANT TO<br>31 U.S.C. § 3730 |

07 CA 12153 RWZ

### ORDER ON JOINT STIPULATION OF THE UNITED STATES AND THE RELATORS TO TRANSFER VENUE

THIS CAUSE having come before the Court upon the Joint Stipulation of the United States and the Relator, and the Court having reviewed and considered the Joint Stipulation, and having been otherwise advised in the premises, and good cause appearing, it is hereby,

ORDERED AND ADJUDGED that:

Pursuant to 28 U.S.C. § 1404(a), the above-captioned action, filed and presently pending under seal in this Court, be and hereby is transferred under seal to the United States District Court for the District of Massachusetts; and

the transferred action, and all related filings transmitted to the District Court for the District of Massachusetts shall remain under seal pending further order of that Court.

DONE AND ORDERED, this 14th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
_____
Deputy Clerk