UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* James Banigan and Richard Templin, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ORGANON USA INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>07-12153-RWZ |

**JOINT MOTION FOR FINAL JUDGMENT AS TO**
**AKZO NOBEL AND THE ORGANON DEFENDANTS**

Plaintiff-Relators James Banigan and Richard Templin ("Relators") and Defendants Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc. (the "Organon Defendants") move the Court for the entry of a Final Judgment under Federal Rule of Civil Procedure 54(b).

Relators, Akzo Nobel, N.V. ("Akzo Nobel") and the Organon Defendants have entered into an agreement settling all claims alleged by Relators in this cause. Relators continue to allege and pursue claims in this cause against defendants Omnicare, Inc. and Pharmerica, Inc. However, there is no just reason for delay of the entry of a final judgment as to Akzo Nobel and the Organon Defendants. The States for whom Relators assert claims consent to the dismissal, with prejudice, of all claims alleged against Akzo Nobel and the Organon Defendants.

WHEREFORE, Relators and the Organon Defendants respectfully request that the Court enter a Final Judgment dismissing all claims, with prejudice to refiling, alleged by Relators against Defendants Akzo Nobel N.V, Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc.

Date: October 21, 2014

Respectfully submitted,

**JAMES BANIGAN AND RICHARD TEMPLIN,**
**Plaintiff-Relators**

By their attorneys,

s/ Michael E. Mone

Michael E. Mone/BBO #351680
MMone@ebjmlaw.net
Patricia L. Kelly/BBO #266940
PKelly@ebjmlaw.net
Michael E. Mone, Jr./BBO #634607
MichaelMone@ebjmlaw.net
C. William Barrett/BBO #553372
BBarrett@ebjmlaw.net
Catherine A. Ryan/BBO#655821
CRyan@ebjmlaw.net
ESDAILE, BARRETT, JACOBS & MONE
75 Federal Street
Boston, Massachusetts 02110
(617) 482-0333

Joel M. Androphy (admitted Pro Hac Vice)
Sarah M. Frazier (admitted Pro Hac Vice)
Rachel L. Grier (admitted Pro Hac Vice)
BERG &ANDROPHY
3704 Travis Street
Houston, Texas 77002
Tel: (713) 529-5622
Fax: (713) 529-3785

**ORGANON USA INC., MERCK & CO., INC., SCHERING PLOUGH CORP., ORGANON PHARMACEUTICALS USA, INC., ORGANON BIOSCIENCES N.V., ORGANON INTERNATIONAL, INC., Defendants**

By their attorneys,

s/ David D. Fauvre

James W. Cooper *(pro hac vice)*
Jeffrey L. Handwerker *(pro hac vice)*
David D. Fauvre *(pro hac vice)*
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Tel.: (202) 942-5000
Fax.: (202) 942-5999
*JamesW.Cooper@aporter.com*
*Jeffrey.Handwerker@aporter.com*
*David.Fauvre@aporter.com*

John P. McDonald *(pro hac vice)*
C. Scott Jones *(pro hac vice)*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Tel.: (214)740-8000
Fax: (214)756-8761
*jpmcdonald@lockelord.com*
*sjones@lockelord.com*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of October, 2014.

s/ David D. Fauvre