UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* James Banigan and Richard Templin, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORGANON USA INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 07-12153-RWZ |

## FINAL JUDGMENT AS TO
## AKZO NOBEL AND THE ORGANON DEFENDANTS

This matter comes before the Court upon the motion of Plaintiff-Relators James Banigan and Richard Templin ("Relators") and Defendants Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc. (the "Organon Defendants") for the entry of a Final Judgment under Federal Rule of Civil Procedure 54(b).

Relators and the Organon Defendants advise the Court that they, along with defendant Akzo Nobel, N.V., have entered into an agreement settling all claims alleged by Relators in this cause. There are additional claims for relief which Relators continue to allege and pursue in this cause against defendants Omnicare, Inc. and Pharmerica, Inc. However, the Court finds and certifies under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay of the entry of a Final Judgment as to Akzo Nobel and the Organon Defendants. The States for whom Relators assert claims consent to the entry of a Final Judgment, with prejudice, of all claims alleged against Akzo Nobel and the Organon Defendants.

Therefore, the Court orders that Plaintiff-Relators James Banigan and Richard Templin take nothing by their suit alleged against Defendants Akzo Nobel N.V, Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc. and that all claims alleged by Plaintiff-Relators against Defendants Akzo Nobel N.V, Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc. are hereby dismissed with prejudice to refiling.

The Court directs the clerk to enter this FINAL JUDGMENT as to Defendants Akzo Nobel N.V, Organon USA Inc., Merck & Co., Inc., Schering Plough Corp., Organon Pharmaceuticals USA, Inc., Organon Biosciences N.V., and Organon International, Inc.

_October 27, 2014_  
DATE

_Ryan Zobel_  
RYA W. ZOBEL  
UNITED STATES DISTRICT JUDGE