IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>*ex rel.* James Banigan and Richard Templin, §<br>*et al*. §<br>     Plaintiffs, §<br> §<br> §<br>VS. §<br> §<br>OMNICARE, INC.;   and §<br>PHARMERICA, INC.; §<br> §<br> §<br>     Defendants. § | CIVIL NO. 07-12153-RWZ |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS

Relators James Banigan and Richard Templin ("Relators") and Defendant Omnicare, Inc. ("Omnicare") file this Joint Stipulation of Dismissal of Claims, and respectfully state the following:

Relators and Omnicare have reached an Agreement to resolve the allegations made by Relators concerning Omnicare under the False Claims Act, 31 U.S.C. §§ 3729-3733, and the respective state false claims acts in the above-captioned action.

This Joint Stipulation of Dismissal is consistent with the terms of the Agreement. The Agreement requires that Relators dismiss their claims against Omnicare in the action with prejudice. The Agreement is contingent on the written consent of the United States and the States to the dismissal of the claims against Omnicare, provided such dismissal is with prejudice to the United States and the States only as to the "Covered Conduct" as defined in the Agreement, and without prejudice as to all other claims in the action.

For the foregoing reasons, the Parties respectfully request that, upon receipt of the written consent of the United States and the States, this Court dismiss the claims of Relators

against Omnicare as set forth in the proposed dismissal order.

                                                Respectfully submitted,

                                                /s/ Suzanne Jaffe Bloom
                                                Suzanne Jaffe Bloom
                                                Winston & Strawn

                                                **Counsel for Omnicare, Inc.**

                                                /s/ Joel Androphy
                                                Joel Androphy
                                                David Berg
                                                Sarah Frazier
                                                Berg & Androphy

                                                **Counsel for Relators Templin and Banigan**

## Certificate of Service

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served through the ECF System on this 25th day of May, 2017.

                                                /s/ Joel Androphy
                                                Joel Androphy