UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, ex rel
        Plaintiff(s)

v.                          CA ACTION NO. 07-12153-RWZ

ORGANON USA INC., ET AL
        Defendant(s)

## JUDGMENT

ZOBEL, D.J.

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment entered for defendant PharMerica.

ROBERT FARRELL, CLERK

Dated:  5/1/18                              s/ Lisa A. Urso
                                          ( By ) Deputy Clerk