IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* James Banigan, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ORGANON USA INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 07-12153-RWZ<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS

Relator James Banigan ("Relator") and Defendant PharMerica Corporation ("PharMerica") file this Joint Stipulation of Dismissal of Claims and respectfully show the following:

Relator and PharMerica have reached an agreement (the "Agreement") to resolve all claims by Relator against PharMerica under the False Claims Act and state false claims acts in the above-captioned matter.

This Joint Stipulation of Dismissal is consistent with the terms of the Agreement. The Agreement requires that Relator dismiss with prejudice his claims as set forth in the Agreement. The Agreement is contingent on the written consent of the United States and the Qui Tam States,[1] provided such dismissal is without prejudice to the United States and the Qui Tam States.

For the foregoing reasons, the Parties respectfully request that, upon receipt of the written consent of the United States and the Qui Tam States, this Court dismiss Relator's claims against

---

[1] The "Qui Tam States" include the States of Florida, Illinois, Indiana, Louisiana, Massachusetts, Michigan, New Mexico, New York, North Carolina, Tennessee, Texas, and Virginia.

1

PharMerica with prejudice as to Relator and without prejudice as to the United States and the Qui Tam States.

Respectfully submitted,

/s/ *Patricia L. Kelly*
Patricia L. Kelly/BBO #266940
PKelly@ebjmlaw.net
Michael E. Mone, Jr./BBO #634607
MichaelMone@ebjmlaw.net
ESDAILE, BARRETT, JACOBS & MONE
75 Federal Street
Boston, Massachusetts 02110
(617) 482-0333

**Berg & Androphy**
Joel M. Androphy (*pro hac vice*)
jandrophy@bafirm.com
Janis G. Gorton (*pro hac vice*)
jgorton@bafirm.com
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785

**COUNSEL FOR JAMES BANIGAN**

/s/ *Michael Manthei*
James D. Smeallie (BBO #467380)
Michael Manthei (BBO #656176)
Benjamin M. McGovern (BBO #661611)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
jd.smeallie@hklaw.com
michael.manthei@hklaw.com
benjamin.mcgovern@hklaw.com

**COUNSEL    FOR    PHARMERICA
CORPORATION**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022, a true and correct copy of the foregoing document was filed with the Court's Electronic Case Filing System (CM/ECF), and service was made upon all persons registered in the case.

_/s/ Patricia L. Kelly_
Patricia L. Kelly
